THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AVON LONG, Appellant. [26 NYS3d 471]—Order, Supreme Court, New York County (Daniel P. Conviser, J.), entered October 15, 2013, which adjudicated defendant a level three sexually violent predicate sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (see People v Gillotti, 23 NY3d 841 [2014]). There were no mitigating factors that were not adequately taken into account by the guidelines, or outweighed by seriousness of the underlying criminal conduct.

The record fails to support defendant's claim that the hear-

ing court applied an incorrect evidentiary standard in finding that no departure was warranted. Concur—Mazzarelli, J.P., Sweeny, Manzanet-Daniels and Gische, JJ.